**Andy Quach**
___

| | |
|---|---|
| **From:** | Raven Bryant |
| **Sent:** | Monday, September 21, 2020 9:13 AM |
| **To:** | WAWDdb_Criminal Transfers |
| **Subject:** | Rule 5 Proceedings for Defendant Hadis Nuhanovic |
| **Attachments:** | 20mj775 Rule 5 Transfer Docs.pdf |

Hello,

Rule 5 Proceedings were held in our court on 9/18/20 as to the above named defendant. Attached are the documents from said proceedings, along with a copy of our docket sheet.

Your Case No. CR20-151 RAJ
Our Case No. 1:20-MJ-775-JKL

Please acknowledge receipt of these documents.  If you have any questions or concerns, please contact me.

**Raven Bryant**  Deputy Clerk
United States District Court | Northern District of Georgia
2211 U.S. Courthouse | 75 Ted Turner Drive S.W. | Atlanta, GA 30303