Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:20-mj-00775-JKL-1

Case title: USA v. Nuhanovic

Date Filed: 09/18/2020
Date Terminated: 09/21/2020

Assigned to: Magistrate Judge John K. Larkins, III

**Defendant (1)**

**Hadis Nuhanovic**
*TERMINATED: 09/21/2020*

represented by **Jess Brandel Johnson**
Pate, Johnson & Church, LLC
101 Marietta St NW
Suite 3300
Atlanta, GA 30303
404-223-3310
Email: jess@patejohnson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

18:371 CONSPIRACY TO DEFRAUD THE UNITED STATES

**Query**  **Reports**  **Utilities**  **Help**  **What's New**  **Log Out**

### Plaintiff

| | |
|---|---|
| USA | represented by **Jolee Porter**<br>Office of the United States Attorney-ATL600<br>Northern District of Georgia<br>600 United States Courthouse<br>75 Ted Turner Dr., S.W.<br>Atlanta, GA 30303<br>404-581-6000<br>Fax: 404-581-6181<br>Email: jolee.porter@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2020 | | Arrest (Rule 40) of Hadis Nuhanovic (rlb) (Entered: 09/21/2020) |
| 09/18/2020 | 1 | Minute Entry for proceedings held before Magistrate Judge John K. Larkins, III: Initial Appearance in Rule 5(c)(3) Proceedings as to Hadis Nuhanovic held on 9/18/2020. Defendant waives identity hearing. Bond hearing held. Non-surety bond set at $10,000. Bond filed. Defendant released. (Attachments: # 1 Indictment) (Tape #FTR) (rlb) (Entered: 09/21/2020) |
| 09/18/2020 | 2 | WAIVER of Rule 5 Hearings by Hadis Nuhanovic (rlb) (Entered: 09/21/2020) |
| 09/18/2020 | 3 | Non-surety Appearance Bond on Rule 5(c)(3) Entered as to Hadis Nuhanovic in amount of $ 10,000. (rlb) (Entered: 09/21/2020) |
| 09/18/2020 | 4 | ORDER Setting Conditions of Release as to Hadis Nuhanovic. Signed by Magistrate Judge John K. Larkins, III on 9/18/20. (rlb) (Entered: 09/21/2020) |
| 09/21/2020 | | Magistrate Case Closed. Defendant Hadis Nuhanovic terminated. (rlb) (Entered: 09/21/2020) |
| 09/21/2020 | | Electronic Transmittal of Rule 5(c)(3) Documents as to Hadis Nuhanovic, sent to USDC WDWA via electronic mail with copy of bond and docket sheet. (rlb) (Entered: 09/21/2020) |