**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**  FILED IN OPEN COURT

DATE: 9/18/2020 @ 1:35 p.m.
TAPE: FTR
TIME IN COURT: 15 Minutes

| | | | | |
|---|---|---|---|---|
| MAGISTRATE JUDGE | **JOHN K. LARKINS III** | COURTROOM DEPUTY CLERK: | Cynthia Mercado | |
| CASE NUMBER: | 1:20-MJ-775 | DEFENDANT'S NAME: | Hadis Nuhanovic | |
| AUSA: | Jolee Porter | DEFENDANT'S ATTY: | Jess Johnson | |
| USPO / PTR: | Jamila Crawford | (X) Retained ( ) CJA | ( ) FDP | ( ) Waived |

| | | | | |
|---|---|---|---|---|
| | ARREST DATE | | | |
| X | Initial appearance hearing held. | | X | Defendant informed of rights. |
| | Interpreter, sworn: | | | |

### COUNSEL

| | |
|---|---|
| X | ORDER appointing Federal Defender as counsel for defendant. |
| | ORDER appointing _____ as counsel for defendant. |
| | ORDER: defendant to pay attorney's fees as follows: |

### REMOVAL HEARING

| | | | |
|---|---|---|---|
| X | Defendant WAIVES identity hearing. | X | WAIVER FILED |
| | Identity hearing HELD. Defendant is named defendant in complaint / indictment. | | |
| | Defendant WAIVES preliminary hearing in this district only. | | WAIVER FILED |
| | Preliminary hearing HELD. Probable cause found. Defendant to answer to charges in other district. | | |
| | Preliminary hearing set for | | |
| | Commitment issued; defendant ORDERED held for removal to other district. | | |

### BOND/PRETRIAL DETENTION HEARING

| | | | |
|---|---|---|---|
| | Government's motion for detention filed. | | @ |
| | Detention hearing @ | | (In charging district.) |
| X | Bond/Pretrial detention hearing HELD. | | |
| | Government motion for detention ( ) GRANTED ( ) DENIED | | |
| | Pretrial detention ordered. | Written order to follow. | |
| X | BOND set at $10,000 | X NON-SURETY | SURETY |

| | | | cash | | property | | corporate surety ONLY |
|---|---|---|---|---|---|---|---|
| | SPECIAL CONDITIONS: | | | | | | |
| | | | | | | | |
| X | Bond filed. Defendant released. | | | | | | |
| | Bond not executed. Defendant to remain in Marshal's custody. | | | | | | |
| | Motion | | (verbal) | to reduce/revoke bond filed. | | | |
| | Motion to reduce/revoke bond | | | | GRANTED | | DENIED |

WITNESSES:

| |
|---|
| |
| |
| |

EXHIBITS:

| |
|---|
| |
| |
| |
| |

| Original Exhibits | | RETAINED by the Court | | RETURNED to counsel |
|---|---|---|---|---|