The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HADIS NUHANOVIC,<br><br>Defendant. | NO. CR20-151-RAJ<br><br>PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Protective Order Restraining Certain Forfeitable Property ("Motion") concerning $100,000 in United States currency seized from Defendant Nadis Nuhanovic's residence in Acworth, Georgia, on August 19, 2020, (the "Subject Currency").

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion and the supporting Declaration of Federal Bureau of Investigation ("FBI") Special Agent ("SA") Donald Santiso, hereby FINDS entry of a protective order restraining the Subject Property is appropriate because:

- The United States gave notice of its intent to pursue forfeiture in the Indictment (Dkt. No. 1, at 36–38);

Protective Order Restraining Certain Forfeitable Property - 1
*United States v. Rosenberg, et al.*, CR20-151-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Based on the facts set forth in the Indictment and SA Santiso's Declaration, there is probable cause to believe the Subject Currency is forfeitable in this criminal case; and

- To ensure the Subject Currency remains available for forfeiture, its continued restraint, pursuant to 21 U.S.C. § 853(e)(1), is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the Subject Currency pending the conclusion of this case is GRANTED; and

2. The Subject Currency shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

IT IS SO ORDERED.

DATED this 3rd day of February, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

Protective Order Restraining Certain Forfeitable Property - 2
*United States v. Rosenberg, et al.,* CR20-151-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970