The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   v.<br><br>HADIS NUHANOVIC,<br><br>                 Defendant. | No. 2:20-cr-00151-RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO PROCEED WITH GUILTY PLEA HEARING BY VIDEO OR TELEPHONIC CONFERENCE |

    Having considered the stipulated motion to proceed with guilty plea hearing by video or telephonic hearing, along with all the records and files in this case and the General Orders currently in effect,

    THE COURT FINDS that the circumstances are as set forth in the parties' motion, and that a video or telephonic guilty plea hearing may take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice," *see* General Order No. 04-20 (3/30/20), for the reasons set forth in the parties' stipulation. Accordingly,

ORDER GRANTING STIPULATED MOTION TO PROCEED WITH GUILTY
PLEA HEARING BY VIDEO OR TELEPHONIC CONFERENCE
*United States v. Nuhanovic, et al.*, No. 2:20-cr-00151-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   THE COURT ORDERS that the parties may proceed with a plea hearing by
2 telephone and/or video conference, consistent with current procedures established by this
3 Court, and directs the parties to consult with one another and the Court to schedule such a
4 hearing at a mutually acceptable date and time with the Magistrate Court.

6   DATED this 23rd day of September, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOTION TO PROCEED WITH GUILTY
PLEA HEARING BY VIDEO OR TELEPHONIC CONFERENCE
*United States v. Nuhanovic, et al.*, No. 2:20-cr-00151-RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970