The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR20-151 RAJ |
| Plaintiff, | |
| v. | ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |
| HADIS NUHANOVIC, | |
| Defendant. | |

This Court, having considered the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and subject to consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, hereby accepts the plea of guilty of the defendant to the charges contained in Count 1 and Count 2 of the Superseding Information, and the defendant is adjudged guilty of such offenses.  All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this 14th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE

Acceptance of Plea of Guilty- 1
*United States v.* Hadis Nuhanovic, CR20-151RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970