The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HADIS NUHANOVIC,<br><br>Defendant. | NO. CR20-151 RAJ<br><br>STIPULATED MOTION TO AUTHORIZE CLERK OF COURT TO ACCEPT PAYMENT |

The United States of America and Defendant Hadis Nuhanovic, through his attorney Jess Johnson, jointly move for an order permitting the Clerk of Court to accept payment toward Defendant's anticipated criminal monetary imposition before sentencing and the entry of judgment.

Defendant has entered a plea agreement with the United States in this matter and agreed to pay $160,453.00 in restitution to the Internal Revenue Service. *See* Dkt. 150. Sentencing is set for February 10, 2023, and the parties anticipate that the Court will order the agreed amount of restitution at that time. Defendant is prepared to pay the agreed-upon restitution amount into the Registry of the Court, to be later applied to Defendant's criminal monetary impositions in this case.

Accordingly, the parties move for an order under Local Civil Rule 67(a) (made applicable to criminal cases by Local Criminal Rule 1(a)), authorizing the Clerk of Court

Stipulated Motion to Authorize Clerk to Accept Payment
*United States v. Nuhanovic*; No. CR20-151 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 to accept the funds in the form of a cashier's or business check and hold them in the
2 Registry of the Court until they may be disbursed pursuant to a separate order after
3 sentencing.

4        DATED this 20th day of January, 2023.

                                        Respectfully submitted,

                                        NICHOLAS W. BROWN
                                        United States Attorney


                                        *s/ Nicholas Manheim*
                                        NICHOLAS MANHEIM
                                        Assistant United States Attorney
                                        700 Stewart Street, Ste 5220
                                        Seattle, Washington 98101
                                        Telephone: (206) 553-7970
                                        Fax: (206) 553-0582
                                        Email: nicholas.manheim@usdoj.gov


                                        *s/ Jess B. Johnson*
                                        JESS B. JOHNSON
                                        Attorney for Defendant Hadis Nuhanovic
                                        Jess Johnson Law, LLC
                                        1180 W Peachtree St NW
                                        Suite 2075
                                        Atlanta, GA 30309
                                        Telephone: (404)855-1325
                                        Email: jess@jessjohnsonlaw.com

Stipulated Motion to Authorize Clerk to Accept Payment
*United States v. Nuhanovic*; No. CR20-151 RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Stipulated Motion to Authorize Clerk to Accept Payment
*United States v. Nuhanovic*; No. CR20-151 RAJ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970