The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HADIS NUHANOVIC,<br><br>　　　　　　Defendant. | No. 2:20-cr-00151-RAJ<br><br>ORDER GRANTING DEFENDANT NUHANOVIC'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER having come for hearing before the undersigned Judge on Defendant Hadis Nuhanovic's Motion for Early Termination of Supervised Release, and the Court having considered the record, and being fully advised; now, therefore, for good cause shown,

IT IS HEREBY ORDERED that Defendant Hadis Nuhanovic's Motion for Early Termination of Supervised Release (Dkt. 265) is GRANTED. Defendant Nuhanovic's term of supervised release is terminated as of February 27, 2025.

DATED this 27th day of February, 2025.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION
FOR EARLY TERMINATION OF SUPERVISED RELEASE - 1
(No. 2:20-cr-00151-RAJ)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900